## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MICHAEL GLASGO,

                    Plaintiff,

       v.

UBER TECHNOLOGIES, INC.,

                    Defendants.

Case No. 8:19-cv-00097-VMS-AAS

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d) and the Court's January 24, 2019 Related Case Order and Track Two Notice (ECF No. 5), I certify that the instant action is related to a previously filed and currently pending civil case in the United States District Court for the Northern District of California, captioned *In re Uber Text Messaging*, Case No. 4:18-cv-02931-HSG (N.D. Cal.).

I further certify that I have served a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon Plaintiff Michael Glasgo no later than fourteen days after filing an appearance on behalf of Defendant Uber Technologies, Inc.

Dated:  February 7, 2019

/s/ *Edward M. Mullins*
Edward M. Mullins, Esq.
Florida Bar No. 863920
Email: emullins@reedsmith.com
Brandon T. White, Esq.
Florida Bar No. 106792
Email: bwhite@reedsmith.com
**REED SMITH LLP**
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Telephone: (786) 747-0200
Facsimile: (786) 747-0299
*Counsel for Defendant Uber Technologies, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record, including:

Scott Owens, P.A.
3800 S. Ocean Dr., Suite 235
Hollywood, Florida 33019
Phone: 954-589-0588
scott@scottdowens.com

Leo W. Desmond, Esq.
5070 Highway A1A, Suite D
Vero Beach, Florida 32963
Phone: 772-234-5150
lwd@verobeachlegal.com

/s/ Edward M. Mullins
Edward M. Mullins, Esq.