UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MICHAEL GLASGO, individually, and on behalf of others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation,<br><br>*Defendant*. | **CLASS ACTION**<br><br>**JURY TRIAL DEMANDED**<br><br>**Case No: 8:19-cv-97-T-33AAS** |

## NOTICE OF COMPLIANCE

Plaintiff MICHAEL GLASGO, hereby certifies that per the Court's Order [ECF No. 6], he has served his discovery production to Defendant's counsel, Morrison and Foerster LLP on March 28, 2019. Plaintiff also informed Defendant's counsel that he is currently awaiting the subpoena response from his cellular telephone carrier and will immediately serve those documents upon receipt.

Dated: March 29, 2019

Respectfully submitted,

*/s/ Scott D. Owens*
Scott D. Owens, Esq.
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Ste. 235
Hollywood, FL 33019
Tel: 954-589-0588
Fax: 954-337-0666
scott@scottdowens.com

*Counsel for Plaintiff and the Putative Class*

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on March 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties below, if any, who are not authorized to receive electronically Notices of Electronic Filing.

              By: *s/ Scott D. Owens*
                 Scott D. Owens, Esq.