IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| MICHAEL GLASGO, individually, and on behalf of others similarly situated, </br></br> *Plaintiff*, </br></br> v. </br></br> UBER TECHNOLOGIES, INC., a Delaware corporation, </br></br> *Defendant*. | **CLASS ACTION** </br></br> **JURY TRIAL DEMANDED** </br></br> Case No. 8:19-cv-00097-VMC-AAS |

## NOTICE OF COMPLIANCE

Defendant Uber Technologies, Inc. ("Uber") hereby certifies that per the Court's Order [Dkt. No. 6], on March 28, 2019, Uber produced documents to counsel for Plaintiff Michael Glasgo ("Plaintiff"). Uber will produce additional documents that contain highly confidential information following the Court's entry of the parties' Stipulated [Proposed] Protective Order [Dkt. No. 26] or another appropriate Protective Order entered by the Court.

Dated: March 29, 2019          Respectfully submitted

                                       /s/ *Brandon T. White, Esq.*
                                       Edward M. Mullins, Esq. (FBN 863920)
                                       emullins@reedsmith.com
                                       Brandon T. White, Esq. (FBN 106792)
                                       bwhite@reedsmith.com
                                       **REED SMITH LLP**
                                       1001 Brickell Bay Drive
                                       Suite 900
                                       Miami, Florida 33131
                                       Telephone: (786) 747-0200
                                       Facsimile: (786) 747-0299

Tiffany Cheung, Esq. *
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: 415.268-7000

Adam Hunt, Esq. *
Adam.Hunt@mofo.com
MORRISON & FOERSTER LLP
250 W. 55th Street
New York, NY 10019-9601
Telephone: (212) 336-4341

*Admitted Pro Hac Vice*

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court on March 29, 2019, which sent e-mail notification of such filing to all CM/ECF participants.

/s/ *Brandon T. White*
Brandon T. White, Esq.