**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MICHAEL GLASGO,**

    **Plaintiff,**

**v.**                                              **Case No.:8:19-cv-00097-VMC-AAS**

**UBER TECHNOLOGIES, INC.,**

    **Defendant.**
_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on April 24, 2019.  Plaintiff and his trial counsel, and Defendant's corporate representative and trial counsel attended and participated.

<u>The parties have reached an impasse.</u>

Done April 24, 2019 in Tampa, Florida.

                            Respectfully submitted,

                            <u>/s/ Peter J. Grilli</u>
                            Peter J. Grilli, Esq.
                            Florida Bar No. 237851
                            Mediator
                            3001 West Azeele Street
                            Tampa, Florida 33609
                            813.874.1002   Fax: 813.874.1131
                            email: peter@grillimediation.com

I HEREBY CERTIFY that April 24, 2019 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                            <u>/s/ Peter J. Grilli</u>
                            Peter J. Grilli, Esq.